UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BIG APPLE VOLKSWAGON, LLC

                Debtor.

 

ALAN NISSELSON, CHAPTER 7
TRUSTEE OF BIG APPLE
VOLKSWAGON, LLC,

                Plaintiff,

- v. -

RATIBA SALIM AND WAHID
SALEEM,

                Defendants.

**ORDER**

16 Civ. 3182 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On June 14, 2011, Plaintiff Alan Nisselson – Trustee of Debtor Big Apple Volkswagon, LLC – brought an adversary proceeding in the United States Bankruptcy Court for the Southern District of New York against Defendants Ratiba Salim and Wahid Saleem.[1] (Cmplt., Nisselson v. Salim, Adv. Proc. No. 11-2251 (JLG) (Dkt. No. 1))  On January 27, 2014, Nisselson moved for partial summary judgment.  (Pltf. Mot. for Sum. J., Nisselson v. Salim, Adv. Proc. No. 11-2251 (JLG) (Dkt. No. 39))  On March 17, 2016, Bankruptcy Judge James L.

---

[1] On February 13, 2018, this Court issued an order dismissing all claims against Defendant Saleem following his death. (Dkt. No. 10)

Garrity Jr. issued Proposed Findings of Fact and Conclusions of Law concerning Nisselson's motion. (Dkt. No. 1)

On July 16, 2024, Nisselson moved to abandon the adversary proceeding pursuant to 11 U.S.C. § 554(a). (Nisselson v. Salim, Adv. Proc. No. 11-2251 (JLG) (Dkt. No. 91)) The Bankruptcy Court granted Nisselson's motion on September 6, 2024 and terminated the adversary proceeding. (Order, Nisselson v. Salim, Adv. Proc. No. 11-2251 (JLG) (Dkt. No. 95))

Plaintiff's motion for partial summary judgment is thus moot, and this Court declines to adopt the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law (Dkt. No. 1) on that basis. Cf. In re Lear Corp., 418 B.R. 47, 48 (S.D.N.Y. 2009) ("[B]ecause the Bankruptcy Court has dismissed the Adversary Proceeding, Plaintiffs' motion to withdraw reference is moot and is thus dismissed."); In re Lynch, No. 22-1494, 2024 WL 747924, at *2 (2d Cir. Feb. 23, 2024) (dismissing a bankruptcy appeal as moot because "[w]ithout an underlying bankruptcy case, there is no relief [a court] can grant"). Accordingly, this action is dismissed, and the Clerk of Court is directed to close this case.

Dated: New York, New York
      June 16, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge